[No. 27612-7-II.   Division Two.   May 28, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. KEIYO A. GEORGE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-05789-1, Thomas Felnagle, J., entered July 13, 2001. *Affirmed in part* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Hunt, C.J., and Morgan, J.

[No. 27674-7-II.   Division Two.   May 28, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY PAUL RETHERFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00704-0, Stephen M. Warning, J., entered June 26, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Bridgewater, JJ.

[No. 28445-6-II.   Division Two.   May 28, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DERRELL MILAM, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-05312-6, John A. McCarthy, J., entered December 12, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Bridgewater, JJ.

[No. 28456-1-II.   Division Two.   May 28, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. TOMMIE BERNARD TUCKER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-03774-1, Bruce W. Cohoe and John A. McCarthy, JJ., entered February 22, 2002. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Houghton, JJ.